CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 2 9 2009

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| ANTHONY DUANE STANFIELD, | ) | |
| | ) | |
| Petitioner, | ) | Case No. 7:09CV00240 |
| | ) | |
| v. | ) | |
| | ) | **FINAL ORDER** |
| | ) | |
| GENE M. JOHNSON, | ) | By: Glen E. Conrad |
| | ) | United States District Judge |
| Respondent. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the motion to dismiss is **GRANTED**, the petition for a writ of habeas corpus, pursuant to 28

U.S.C. § 2254, is **DISMISSED**; and this action is stricken from the active docket of the court.

Based upon the court's finding that the defendant has not made the requisite showing of denial of

a substantial right, a certificate of appealability is **DENIED**.

ENTER: This 29th day of October, 2009.

_____
United States District Judge